UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK ANZOIL BAUSSAN,

   Petitioner,

v.                                     CASE NO. 6:06-cv-1430-Orl-19JGG
                                       (6:03-cr-184-Orl-19JGG)

UNITED STATES OF AMERICA,

   Respondent.
_____

**ORDER**

This case is before the Court on the following motion:

**MOTION**:   Respondent's Motion for Extension of Time (Doc. No. 7, filed November 13, 2006).

Thereon it is **ORDERED** that the motion is **GRANTED**. Respondent shall have forty-five (45) days from the date of this order to file a response to Petitioner's amended § 2255 motion.

**DONE AND ORDERED** at Orlando, Florida this  14th  day of November, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 11/14

Nick Anzoil Baussan
Counsel of Record