UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK ANOZIL BAUSSAN,

    Petitioner,

v.                                         CASE NO. 6:06-cv-1430-Orl-19JGG

UNITED STATES OF AMERICA,

    Respondent.
_____

## **ORDER**

This case is before the Court on the following matters:

1. Petitioner filed a Motion to Amend 28 U.S.C. § 2255 Motion (Doc. No. 12, filed November 30, 2006). Petitioner seeks to add a claim of ineffective assistance of counsel. For good cause shown, Petitioner's Motion to Amend (Doc. No. 12) is **GRANTED**. Within **FIFTEEN (15) DAYS** from the date of this Order, Petitioner shall complete his second amended motion on the form provided by **the Clerk of the Court** along with this Order. On the form, Petitioner shall write "Second Amended 28 U.S.C. § 2255 Motion" at the beginning of the form. Additionally, Petitioner shall include <u>all of his claims in the Second Amended Motion</u>. Any claims not included in the Second Amended Motion will not be considered by this Court. **Failure to file the Second Amended Motion within the time provided herein will result in the dismissal of this action without further notice.**

2. The Government shall not file a response to Petitioner's § 2255 motion in compliance with the October 5, 2006, and November 14, 2006, Orders until the Court gives further notice.

3.   Petitioner's Ex Parte Motion for Acknowledgment Ad Curiam Writ of Affidavit (Doc. No. 14, filed November 30, 2006) is **DENIED**.

4.   Petitioner's Motion for Evidentiary Hearing (Doc. No. 15, filed November 30, 2006) is **DENIED** without prejudice.  Upon the timely filing of Petitioner's Second Amended Motion and upon the Court's consideration of Petitioner's claims, an evidentiary hearing will be ordered if so warranted.

**DONE AND ORDERED** at Orlando, Florida this 5th day of December, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 12/4
Nick Anozil Baussan
Counsel of Record