UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK ANZOIL BAUSSAN,

    Petitioner,

v.                                      CASE NO. 6:06-cv-1430-Orl-19JGG
                                          (6:03-cr-184-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondents.

## ORDER

This case is before the Court on the following motion:

**MOTION**:    Petitioner's Motion for Reconsideration of Order Denying Motion for Acknowledgment Ad Curiam Writ of Affidavit (Doc. No. 17, filed December 21, 2006).

Petitioner has asserted no basis warranting reconsideration of the December 5, 2006 Order denying his motion for acknowledgment. Accordingly, it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 29th day of December, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 12/29
Nick Anzoil Baussan
Counsel of Record