UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK ANOZIL BAUSSAN,

    Petitioner,

v.                                                    CASE NO. 6:06-cv-1430-Orl-19JGG
                                                              (6:03-cr-184-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motion:

1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 24, filed February 1, 2007) is **DENIED**.[1]  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** at Orlando, Florida, this  5th  day of February, 2007.

                                                                         *(signature)*
                                                                  PATRICIA C. FAWSETT, CHIEF JUDGE
                                                                  UNITED STATES DISTRICT COURT

---

[1] The Court notes that Petitioner is appealing from the December 29, 2006 Order denying his motion for reconsideration of order denying motion for acknowledgment ad curiam writ of affidavit (Doc. No. 19).  There has been no dispositive order entered in the case.

Copies to:
sc 2/5
Counsel of Record
Nick Anozil Baussan