UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK ANOZIL BAUSSAN,

    Petitioner,

v().                                   CASE NO. 6:06-cv-1430-Orl-19JGG
                                            (6:03-cv-184-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____

## **ORDER**

Petitioner filed a Notice of Appeal (Doc. No. 29) from the Court's December 29, 2006 Order (Doc. No. 19) denying Petitioner's Motion for Reconsideration of Order Denying Motion for Acknowledgment Ad Curiam Writ of Affidavit. A dispositive order has not been entered on Petitioner's motion to vacate, set aside, or correct sentence (Doc. No. 3). Thus, Petitioner is actually seeking an interlocutory appeal.

A district court may recommend an interlocutory appeal be permitted when the court finds that "[the order] involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. . . ." 28 U.S.C. § 1292(b). This Court concludes that the December 29, 2006 Order denying Petitioner's motion for reconsideration is not an order warranting interlocutory appeal. To the extent Petitioner is seeking a certificate of appealability, the application is **DENIED** because Petitioner has

failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

**DONE AND ORDERED** at Orlando, Florida, this __14th__ day of March, 2007.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 3/14
Counsel of Record
Nick Anozil Baussan