UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK-ANOZIL BAUSSAN,

    Petitioner,

v.                                                CASE NO. 6:06-cv-1430-Orl-19JGG
                                                      (6:03-cr-184-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

This case is before the Court on the following motion:

1.    Petitioner's Motion for Reconsideration of Order Denying Motion to Vacate, Set Aside, or Correct Illegal Sentence (Doc. No. 33, filed April 20, 2007).

Thereon it is **ORDERED** that the motion is **DENIED.** Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida, this __23rd__ day of April, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 4/23
Counsel of Record
Nick-Anozil Baussan